**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed April 23, 2020.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-20-00267-CV

---

### IN RE STEPHEN MCCARTY, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**505th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 16-DCV-237771**

---

## MEMORANDUM OPINION

On April 9, 2020, relator Stephen McCarty filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable David Perwin, presiding judge of the 505th District Court of Fort Bend County, to set aside his April 3, 2020 order granting the motion to set aside the jury's verdict and for new trial. Relator also filed a motion seeking a stay of the trial court's proceedings.

On April 13, 2020, the trial court, sua sponte, signed an ordering reforming the April 3, 2020 order. Relator's request for relief is now moot.

Accordingly, we dismiss relator's petition for lack of jurisdiction. We also dismiss relator's motion to stay.


PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Poissant.